UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Christine M Mouser
                      Plaintiff,

v.                                           Case No.: 1:06−cv−05323
                                                               Honorable John W. Darrah

Connie's Pizza
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 30, 2007:

      MINUTE entry before Judge Michael T. Mason : Settlement conference held on 7/30/07. Parties were able to reach an agreement to settle the case. Parties are advised to file the appropriate dismissal papers before the District Judge. All pending discovery motions[43][44][49][50][55][57][65][66][30][31][34 ][38][40] are stricken. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.